UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTEST PROMOTIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>  Defendant. | Case No. 16-cv-06539-SI<br><br>**JUDGMENT** |

  Defendant's motion to dismiss the First Amended Complaint having been granted without leave to amend, judgment is entered in favor of defendant and against plaintiff Contest Promotions, LLC.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 26, 2017

_____
SUSAN ILLSTON
United States District Judge